IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03046-RBJ

MARIA BURKE, both individually and on behalf of the
Individual Retirement Account of Maria Burke and
DONNA GRAHAM, both individually and on behalf of the
Individual Retirement Account of Donna Graham,

      Plaintiffs,

v.

STERLING TRUST COMPANY n/k/a Equity Trust Company d/b/a Equity Institutional,
an Ohio corporation,

      Defendant.

---

## ORDER TO SET SCHEDULING CONFERENCE

---

This matter comes before the Court *sua sponte.*  The parties are ordered to set an initial

scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and

D.C.COLO.LCivR 16.1 no later than 45 days after the answer, motion to dismiss or other

response to the complaint is filed. Each party's lead trial counsel shall attend the conference.

The conference shall be held in Courtroom A-902, Alfred A. Arraj U.S. Courthouse, 901 19th

Street, Denver, Colorado.  The parties are directed to jointly contact Chambers by telephone at

(303) 844-4694 or by email at Jackson_Chambers@cod.uscourts.gov to obtain a scheduling

conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying

the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered.  The proposed scheduling order, which should be

prepared as described in Appendix F to the local rules, should be tendered no later than five days

before the scheduling conference.  The proposed scheduling order should set forth the parties'

agreement or their respective positions on the matters set forth in Appendix F.  A copy of

instructions for the preparation of a scheduling order and a form scheduling order can be

downloaded from the Court's website

(http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx).

> DATED this 14th day of November, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge